# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ROBERT REGINALD COMENOUT, SR., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RICKY JOSEPH, individually and as Acting Superintendant, *et al.*,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C15-1389RAJ |

\_\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　For the reasons stated in the Court's order of February 12, 2016, Judgment is entered in favor of Defendants and against Plaintiffs.

　　DATED this 12th day of February, 2016.

　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　By:  */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　Deputy Clerk